MARY E. JAMES, Respondent, v. WALTER A. JAMES and CHARLOTTE A. JAMES,

Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.